UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOKOLSKYFILM, INC.,

                                Plaintiff,

        -v-

FAT SOCIAL CLUB, LLC,

                                Defendant.

CIVIL ACTION NO.: 24 Civ. 7869 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

On November 26, 2024, the Court directed Plaintiff Sokolskyfilm, Inc. to initiate default proceedings against Defendant Fat Social Club, LLC. (ECF No. 9). Although Plaintiff has requested and obtained a certificate of default as to Defendant (see ECF No. 12), it has not, as ordered, filed a motion for default judgment for the attention of the Honorable Dale E. Ho. As a one-time courtesy, the Court sua sponte EXTENDS Plaintiff's deadline to file a motion for default judgment in accordance with Judge Ho's Individual Practices, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 to **Monday, January 6, 2025**. Plaintiff's failure to comply with this Order will result in a recommendation that this action be dismissed for failure to prosecute.

Dated:        New York, New York
              December 30, 2024

                        SO ORDERED.

                        _____
                        SARAH L. CAVE
                        **United States Magistrate Judge**