UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sokolskyfilm, Inc,<br><br>       Plaintiff,<br><br>   v.<br><br>Fat Social Club LLC d/b/a Café Joah,<br><br>       Defendant. | 24-CV-7869 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  On October 17, 2024, Plaintiff filed its Complaint. ECF No. 1. On October 28, 2024, Plaintiff filed proof of service as to Defendant Fat Social Club LLC. ECF No. 8. To date, Defendant has not appeared.

  It is hereby ORDERED that Plaintiff shall file a letter on ECF by January 13, 2025, describing any communication it has had with Defendant and describing its efforts to provide Defendant with actual notice of this lawsuit.

SO ORDERED.

Dated: January 7, 2025
   New York, New York

                    DALE E. HO
                  United States District Judge