


**DAVIDOFF HUTCHER & CITRON LLP**

ATTORNEYS AT LAW
605 THIRD AVENUE
NEW YORK, NEW YORK 10158

TEL: (212) 557-7200
FAX: (212) 286-1884
WWW.DHCLEGAL.COM

FIRM OFFICES

WHITE PLAINS
ATTORNEYS AT LAW
120 BLOOMINGDALE ROAD
WHITE PLAINS, NY 10605
(914) 381-7400

PALM BEACH
ATTORNEYS AT LAW
250 ROYAL PALM WAY
SUITE 202
PALM BEACH, FL 33480
(561) 567-8488

FIRM OFFICES

ALBANY
ATTORNEYS AT LAW
150 STATE STREET
ALBANY, NY 12207
(518) 465-8230

WASHINGTON, D.C.
ATTORNEYS AT LAW
201 MASSACHUSETTS AVENUE N.E.
WASHINGTON, D.C. 20002
(202) 347-1117

WRITER'S DIRECT: (646) 428-3243
E-MAIL: daw@dhclegal.com

February 20, 2025

Via E-file
Honorable Dale E. Ho
United States Court House
Thurgood Marshall
40 Foley Square
New York, New York 10007

Re:  Sokolskyfilm, Inc. vs Fat Social Club LLC
     Case No. 1:24-cv-07869-DEH-SLC

Dear Judge Ho:

> Application GRANTED. Defendant is directed to submit their opposition to Plaintiff's motion for default judgment no later than **March 6, 2025.** The default judgment conference scheduled for March 6, 2025 is adjourned to **March 19, 2025 at 11:00 A.M. EST.** The parties shall join the conference using the same information listed in the Court's Order dated January 13, 2025, ECF No. 25. SO ORDERED.
>
> Dale E. Ho
> United States District Judge
> Dated: February 21, 2025
> New York, New York

I write as a courtesy to Fat Social Club LLC ("Defendant"), named in the above captioned matter and respectfully request a brief two-week adjournment of the current deadlines contained in the Court's January 14, 2025, Order.  The brief adjournment would allow the parties to resolve their settlement discussions or in the alternative extend the time for Defendant to submit opposition to the pending default judgment application if resolution was unsuccessful.  As explained below, in light of the parties' efforts to resolve the matter, the lack of response from Sokolskyfilm Inc.'s ("Plaintiff") counsel regarding the settlement, we ask that the Court grant the adjournment.

Following the Court's prior extension issued on January 14, 2025, my office has engaged with Plaintiff's counsel in extensive and continuous negotiations.  However, despite progress we have not yet reached settlement although we are hopeful of reaching one soon.   As the court date approached, my office tried to reach Plaintiff's counsel to request a further adjournment of this matter.  In response Plaintiff's Counsel sent an email consenting to the application at 4:07 P.M. today.

In light of the efforts made to resolve the matter, we ask for a brief adjournment to allow the parties an opportunity to resolve this matter.  We were hopeful that counsel for the Plaintiff would have responded earlier and make this late request based upon their delayed response.

NG-499T5PE2 4938-2589-6478v.1

DAVIDOFF HUTCHER & CITRON LLP

Honorable Dale E. Ho
February 20, 2025
Page 2

      Additionally, there is presently a default judgment conference scheduled for March 6, 2025, at 3:00 P.M. EST. I am requesting a further two-week adjournment for Defendant to submit any opposition (to March 6, 2025) and an adjournment of the conference to March 20, 2025, subject to the Court's calendar. The previous request submitted by Plaintiff's counsel on January 14, 2025, was granted. We thank the court for its consideration of the above request.

      Respectfully submitted,

      Derek Wolman

DAW/avh

4938-2589-6478, v. 1
NG-499T5PE2 4938-2589-6478v.1